**FILED**

JAN 0 4 2021

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Clerk, Travis County
250th District Court
P.O. Box 1748
Austin, TX 78767

Remand Order #
1:20-cv-00270-JRN

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $_____       Postmark
☐ Certified Mail Restricted Delivery $_____      Here
☐ Adult Signature Required         $_____
☐ Adult Signature Restricted Delivery $_____
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0002 1626 2705